TIMOTHY L. WILLIAMS, OSB No. 034940
E-Mail: tim@rdwyer.com
Dwyer Williams Cherkoss Attorneys, P.C.
1051 NW Bond Street, Suite 310
Bend, OR 97703
Phone: 541.617.0555
Fax:    541.617.0984

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BENJAMIN MCCORMICK**, <br><br> Plaintiff, <br><br> vs. <br><br> **BUREAU OF LAND MANAGEMENT**, <br><br> Defendant. | Case No. 3:15-cv-01363-MO <br><br> **PLAINTIFF'S ELEVENTH STATUS REPORT** |

Pursuant to the Court's July 16, 2018 Scheduling Order (Dkt. 33), Plaintiff provides the following status of the related underlying case, *Benjamin McCormick v. State of Oregon*, Court of Appeals for the State of Oregon, Case No. A159931:

1. **Opening Brief Filed:** December 8, 2015.

2. **Answering Brief Filed:** March 8, 2016.

3. **Reply Brief Filed:** May 24, 2016.

4. **Oregon Court of Appeals Oral Argument:** October 11, 2016.

5. **Additional Authorities Filed:** on or about November 22, 2016.

PLAINTIFF'S ELEVENTH STATUS REPORT – Page 1

DWYER WILLIAMS CHERKOSS
ACCIDENT INJURY ATTORNEYS
1051 NW Bond, Suite 310, Bend, OR 97703
Phone: (541) 617-0555    Fax: (541) 617-0984
tim@rdwyer.com

6. **OTHER:** The Oregon Court of Appeals issued its opinion in Mr. McCormick's favor on August 1, 2018 reversing the ruling of the circuit court and remanding the case for further litigation and trial. The State of Oregon has since filed a petition for review with the Oregon Supreme Court, which has yet to decide whether or not that petition will be granted. However, it is anticipated that the Oregon Supreme Court will ultimately take this matter up for consideration.

If the Court needs any further information as to the above, counsel for Plaintiff would be happy to provide it.

Dated: October 16, 2018.

DWYER WILLIAMS CHERKOSS
ATTORNEYS, P.C.

By: *s/ Tim Williams*
Tim Williams, OSB No. 034940
Of Attorneys for Plaintiff
Trial Attorneys: Same