TIMOTHY L. WILLIAMS, OSB No. 034940
E-Mail: *tim@rdwyer.com*
Dwyer Williams Cherkoss Attorneys, P.C.
1051 NW Bond Street, Suite 310
Bend, OR 97703
Phone: 541.617.0555
Fax:     541.617.0984

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BENJAMIN MCCORMICK**, <br><br> Plaintiff, <br><br> vs. <br><br> **BUREAU OF LAND MANAGEMENT**, <br><br> Defendant. | Case No. 3:15-cv-01363-MO <br><br> **PLAINTIFF'S THIRTEENTH STATUS REPORT** |

Pursuant to the Court's March 12, 2019 Minute Order (Dkt. 40), Plaintiff provides the following status of the related underlying case, *Benjamin McCormick v. State of Oregon*, Oregon Supreme Court Case No. S066206:

1. **Briefing:** All briefing was timely filed. Several organizations timely filed *amicus curie* briefs as well.

2. **Oregon Supreme Court Oral Argument:** May 15, 2019.

3. **OTHER:** The oral arguments in front of the Oregon Supreme Court took place as scheduled, at Mt. Hood Community College. After argument had concluded, the Supreme Court Justices opened the floor for a question and answer session with the observing students. During that process, one student asked how long the Court

**PLAINTIFF'S THIRTEENTH STATUS REPORT** – Page 2

DWYER WILLIAMS CHERKOSS
ACCIDENT INJURY ATTORNEYS
1051 NW Bond, Suite 310, Bend, OR 97703
Phone: (541) 617-0555   Fax: (541) 617-0984
tim@rdwyer.com

expected to take in issuing its opinions in the two matters heard that day. Chief Justice Martha J. Walters responded that it generally takes six months for most cases, sometimes more for more complex issues such as this. Thus, we expect it to take at least six months before the Oregon Supreme Court issues its decision in the matter.

If the Court needs any further information as to the above, counsel for Plaintiff would be happy to provide it.

Dated: June 28, 2019.

                                         DWYER WILLIAMS CHERKOSS
                                         ATTORNEYS, P.C.

By:  *s/ Tim Williams*
       Tim Williams, OSB No. 034940
       Of Attorneys for Plaintiff
       Trial Attorneys: Same

**PLAINTIFF'S THIRTEENTH STATUS REPORT** – Page 2

DWYER WILLIAMS CHERKOSS
ACCIDENT INJURY ATTORNEYS
1051 NW Bond, Suite 310, Bend, OR 97703
Phone: (541) 617-0555    Fax: (541) 617-0984
tim@rdwyer.com