**Tim Williams**, OSB No. 034940
tim@rdwyer.com
Dwyer Williams Cherkoss Attorneys, P.C.
1558 SW Nancy Way, Suite 101
Bend, OR 97702
Phone:   541.617.0555
Fax:       541.617.0984
**Shenoa Payne**, OSB No. 084392
spayne@paynelawpdx.com
Shenoa Payne Attorney at Law PC
Powers Building
65 SW Yamhill St. Ste. 300
Portland, OR  97204
Phone:     503.914.2500
  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BENJAMIN MCCORMICK**,<br><br>                     Plaintiff,<br>      vs.<br><br>**BUREAU OF LAND MANAGEMENT**,<br><br>                     Defendant. | Case No. 3:15-CV-01363-MO<br><br>**STIPULATION OF DISMISSAL** |

The parties, though their undersigned counsel, hereby stipulate to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties further stipulate that each party shall bear its own costs and attorneys' fees.

Dated this 22nd day of June 2021.

| | |
|---|---|
| DWYER WILLIAMS CHERKOSS ATTORNEYS, P.C.<br><br> /s/ Timothy L. Williams            <br>Tim Williams, OSB No. 034940<br>Of Attorneys for Plaintiff | SCOTT ERIK ASPHAUG<br>Acting United States Attorney<br>District of Oregon<br>/s/ Susanne Luse           <br>SUANNE LUSE<br>Assistant United States Attorney<br>Attorneys for Defendant |

**STIPULATION OF DISMISSAL** – Page 1